IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-585-MOC-DCK

| | |
|---|---|
| INVUE SECURITY PRODUCTS, INC., | )<br>) |
| Plaintiff, | )<br>) **ORDER** |
| v. | )<br>)<br>) |
| YAN TOKAR, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Local Counsel J. Walton Milam III on September 16, 2024.

Applicant Jeremy J. Levy seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Jeremy J. Levy is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: September 16, 2024

David C. Keesler
United States Magistrate Judge